### Commonwealth ex rel. Tracey, Appellant, v. Maroney.

Submitted September 14, 1964. *Charles F. Tracey,* appellant, in propria persona; *Gordon Gelfond,* Assistant District Attorney, *Thomas M. Reed,* Chief Assistant District Attorney, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.